**FILED**

AUG 0 5 2002

CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| ELAINE QUICK BEAR QUIVER, THERESA TWO BULLS, VERNON SCHMIDT, and ALFRED BONE SHIRT, <br><br> Plaintiffs, <br><br> v. <br><br> JOYCE HAZELTINE, in her official capacity as Secretary of State of the State of South Dakota; SHERILL DRYDEN, in her official capacity as County Auditor of Fall River County; and KATHLEEN FLAKUS, in her official capacity as County Auditor of Tripp County, <br><br> Defendants. | Civil Action No. 02-5069 |

<u>COMPLAINT</u>

NATURE OF THE CASE

1.   This is an action brought by four Lakota voters to enforce Section 5 of the Voting Rights Act of 1965.  Section 5, which was amended in 1975 specifically to protect the voting rights of Native Americans and other language minorities, requires the State of South Dakota to obtain federal approval, known as preclearance, before implementing any changes in election laws which affect Shannon and Todd counties.  Since the amendments to Section 5 became effective, the State of South Dakota has failed to seek or obtain preclearance of more than six hundred statutes and regulations that affect voting and elections in these counties--

including virtually every election law and regulation currently on the books.

2.    The   overwhelming   majority   of   these   statutes   and regulations,  like  the  vast  majority  of  all  laws  submitted  for preclearance   under   Section   5,   are   likely   to   be   found unobjectionable.  Some, however, are discriminatory on their face.[1] Many   others   will   require   close   scrutiny   by   the   appropriate authorities to determine their effects on Native Americans.[2]  All of them, however, regardless of their discriminatory effect, must be submitted for preclearance before they can be lawfully enforced.

3.    Accordingly,   this   lawsuit   seeks   declaratory   and injunctive relief prohibiting the State from further enforcement of all unprecleared changes unless and until it has complied with its obligations under Section 5.

JURISDICTION AND VENUE

4.    This  Court  has  original  jurisdiction  over  this  case pursuant to Article III of the United States Constitution and 28 U.S.C. §§ 1331 and 1343(a)(3) and (4).

---

1.    See, e.g., An Act to allow municipalities to establish individual  contests  when  more  than  one  seat  is  vacant  in  a municipal election, ch. 59, 1996 S.D. Laws 104 (creating numbered-post elections); An Act to provide for a secondary election if no candidate  for  United  States  senate,  congressman,  or  Governor receives the required majority in a primary election, ch. 110, 1985 S.D. Laws 295 (creating minimum vote requirement).

2.    See, e.g., An Act to revise certain procedures for the formation  and  adjustment  of  boundaries  of  certain  special districts, ch. 32, 2000 S.D. Laws 74.

5.   This suit is authorized by 42 U.S.C. §§ 1973j(f) and 1983.

6.   Pursuant to 42 U.S.C. § 1973c and 28 U.S.C. § 2284, a three-judge district court is required to hear the plaintiffs' claim.

7.   Declaratory relief is authorized by 28 U.S.C. §§ 2201 and 2202.

8.   Venue is proper in the District of South Dakota pursuant to 28 U.S.C. § 1391(b).

## PARTIES

9.   Plaintiff Elaine Quick Bear Quiver is a Lakota tribal elder, a qualified elector and a resident of Shannon County, South Dakota.

10.   Plaintiff Teresa Two Bulls is Vice President of the Oglala Sioux Tribe, a qualified elector and a resident of Shannon County, South Dakota.

11.   Plaintiff Vernon Schmidt is Vice President of the Rosebud Sioux Tribe, a qualified elector and a resident of Todd County, South Dakota.

12.   Plaintiff Alfred Bone Shirt is a member of the Rosebud Sioux Tribe, a qualified elector and a resident of Todd County, South Dakota.

13.   Defendant Joyce Hazeltine is the Secretary of State of the State of South Dakota, Secretariat of the State Election Board,

and ultimate supervisor of elections in South Dakota.  She is sued in her official capacity only.

14.  Defendant Sherill Dryden is the County Auditor of Fall River County and serves, by virtue of a contractual agreement, as the County Auditor of Shannon County.  As County Auditor, she is the local supervisor of elections in Shannon County. She is sued in her official capacity only.

15.  Defendant Kathleen Flakus is the County Auditor of Tripp County and serves, by virtue of a contractual agreement, as the County Auditor of Todd County.  As County Auditor, she is the local supervisor of elections in Todd County.  She is sued in her official capacity only.

16.  The defendants, both personally and through the conduct of their agents, servants and employees, were and are acting under color of state law at all times relevant to this action.

FACTUAL BACKGROUND

17.  Shannon County and Todd County are political subdivisions of the State of South Dakota.

18.  In 1976, the Attorney General of the United States determined that Shannon and Todd counties met the coverage criteria set forth in the third sentence of Section 4(b) of the Voting Rights Act of 1965, 42 U.S.C. § 1973b(b).  41 Fed. Reg. 784 (Jan. 5, 1976).

4

19.  As a result of the Attorney General's determination, Shannon and Todd counties became subject to the preclearance requirements of Section 5 of the Voting Rights Act of 1965, 42 U.S.C. § 1973c.  28 C.F.R. pt. 51 App. (2001).

20.  Section 5 requires preclearance "whenever a [covered] State or political subdivision . . . shall enact or seek to administer any voting qualification or prerequisite to voting, or standard, practice, or procedure with respect to voting different from that in force or effect" on a date determined by the coverage formula set forth in Section 4(b).  42 U.S.C. § 1973.

21.  The applicable date for Shannon and Todd counties is November 1, 1972.  42 U.S.C. §§ 1973b(b) and 1973c.

22.  Although the State of South Dakota as a whole is not covered by Section 5, the preclearance requirements of Section 5 apply to statutes enacted by a non-covered state to the extent that they effect a voting change in a covered county. Lopez v. Monterey County, 525 U.S. 266 (1999).

23.  Section 5 requires a state or political subdivision to obtain preclearance before implementing a proposed voting change. 42 U.S.C. § 1973c.

24.  A state or political subdivision has two avenues available to seek the preclearance required by Section 5.  42 U.S.C. § 1973c.

25.   A State or political subdivision may submit the proposed voting change to the Attorney General for review.  If the Attorney General approves the change or fails to object within 60 days, the change is precleared and the state or political subdivision may put it into effect.  42 U.S.C. § 1973c.

26.   Alternatively, a state or political subdivision may seek preclearance by filing a declaratory judgment action in the United States District Court for the District of Columbia.   The change will be precleared if the court determines that the proposed voting change "does not have the purpose and will not have the effect of denying or abridging the right to vote on account of race or color [or membership in a language minority]." 42 U.S.C. § 1973c.

27.  A voting  change  that  is  subject  to  Section  5  is unenforceable unless and until it has been precleared.

28.  In 1977, the Attorney General of the State of South Dakota, William J. Janklow, issued a formal opinion to the South Dakota Secretary of State in which he (1) acknowledged that the Voting Rights Act required preclearance of "all state statutes, and rules promulgated by the State Board of Elections" enacted after November 1, 1972, "which potentially affect[] any election in Shannon County or Todd County", and (2) advised the Secretary not to comply with the law.  Voting Rights Act of 1965, As Amended by Public Law 94-73: Bilingual Elections, Op. S.D. Att'y Gen. No. 77-73, 1977-1978 Rep. S.D. Att'y Gen. 175, 181 (Aug. 23, 1977).

29.  Since 1976, the State of South Dakota has sought and obtained preclearance fewer than 10 times for state laws which affect the covered counties.

30.  It is a crime punishable by a fine of up to $5,000.00 or five years in prison, or both, to deprive any person of rights guaranteed by Section 5 of the Voting Rights Act. 42 U.S.C. § 1973j(a).

CLAIM ONE

31.  Each of the more than 600 statutes and regulations listed in the Appendix to this Complaint is a "voting qualification or prerequisite to voting, or standard, practice, or procedure with respect to voting" within the meaning of Section 5.

32.  Each of the more than 600 statutes and regulations listed in the Appendix to this Complaint is different from that in force or effect on November 1, 1972.

33.  Each of the more than 600 statutes and regulations listed in the Appendix to this Complaint did have, is having, or will have an effect on elections or voting in Shannon County or Todd County, or both.

34.  Each of the more than 600 statutes and regulations listed in the Appendix to this Complaint is subject to the preclearance requirement of Section 5.

35.  Neither the defendants nor the State of South Dakota has submitted any of the more than 600 statutes and regulations listed

in the Appendix to this Complaint to the United States District Court for the District of Columbia for a declaratory judgment nor to the Attorney General of the United States for a determination as required by Section 5.

36.   Neither the United States District Court for the District of Columbia nor the Attorney General of the United States has precleared any of the more than 600 statutes and regulations listed in the Appendix to this Complaint pursuant to Section 5.

37.   The defendants' failure to preclear each of the more than 600 statutes and regulations listed in the Appendix to this Complaint prior to their implementation deprives the plaintiffs of rights guaranteed to them by Section 5 of the Voting Rights Act of 1965, 42 U.S.C. § 1973c, and by 42 U.S.C. § 1983.

RELIEF

38.   A real and actual controversy exists between the parties.

39.   The plaintiffs have no adequate remedy at law other than this action for declaratory and injunctive relief.

40.   The plaintiffs are suffering irreparable harm as a result of the violations complained of herein, and that harm will continue unless declared unlawful and enjoined by this Court.

WHEREFORE, the plaintiffs respectfully pray that this Court:

(1)   take original jurisdiction over this case;

(2)   enter a declaratory judgment that the defendants are in violation of Section 5 of the Voting Rights Act;

8

(3)   enter an injunction prohibiting the defendants from implementing any of the statutes complained of herein unless and until they have complied with Section 5 of the Voting Rights Act;

(4)   award the plaintiffs nominal damages;

(5)   award the plaintiffs the cost of this action together with their reasonable attorneys' fees pursuant to 42 U.S.C. §§ 1973$\underline{l}$(e) and 1988; and,

(6)   retain jurisdiction of this action and grant the plaintiffs any further relief which may in the discretion of this Court be necessary and proper to ensure that the defendants comply fully with Section 5 of the Voting Rights Act of 1965.

Respectfully submitted,

BRYAN SELLS
LAUGHLIN McDONALD
NEIL BRADLEY
MEREDITH BELL
American Civil Liberties Union
    Foundation, Inc.
2725 Harris Tower
233 Peachtree Street
Atlanta, Georgia  30303
(404) 523-2721


PATRICK DUFFY
Duffy & Duffy
P.O. Box 8027
Rapid City, SD  57709-8027
(605) 342-1963

ATTORNEYS FOR THE PLAINTIFFS

Appendix

1.   An Act relating to the election of county auditor, register of deeds, treasurer, state's attorney, sheriff and coroner and terms of office, ch. 48, 1973 S.D. Laws 93.

2.   An Act to amend SDCL 9-13-9 relating to number of signers required for certificate of nomination for municipal elections, ch. 49, 1973 S.D. Laws 94.

3.   An Act to amend SDCL 9-13-11 relating to certificates of nomination in municipalities, ch. 50, 1973 S.D. Laws 94.

4.   An Act to Amend SDCL 12-1 by adding a new section thereto, 12-1-2, 12-1-3 by adding new subdivisions thereto, and to repeal SDCL 9-13-17 and 13-7-20, relating to definition of terms used in election law and application of the election law to local elections, ch. 67, 1973 S.D. Laws 109.

5.   An Act to amend SDCL 12-2-1 and 12-2-3 and to repeal SDCL 12-6-24, relating to the dates and hours of election, ch. 68, 1973 S.D. Laws 110.

6.   An Act to amend SDCL 8-3-7, 12-3-1 and 12-3-2, and to repeal SDCL 9-13-15, 12-3-3, 12-6-60, 13-7-1 and 13-7-2, relating to suffrage and right to vote, ch. 69, 1973 S.D. Laws 110.

7.   An Act to repeal and reenact SDCL 12-4-7, relating to absentee registration of voters, and declaring an emergency, ch. 70, 1973 S.D. Laws 111.

8.   An Act to amend SDCL 12-5-3.1, relating to the right of presidential candidate to disapprove the placing of his name on the ballot and the selection of the group of candidates, ch. 71, 1973 S.D. Laws 112.

9.   An Act to amend SDCL 12-5-13, 12-5-14 and 12-5-23 relating to the organization of and elections within political parties, ch. 72, 1973 S.D. Laws 112.

10.  An Act to amend and to enact new provisions in SDCL 12-6, all relating to primary elections for delegates for alternates to the national convention, ch. 73, 1973 S.D. Laws 113.

11.  An Act to amend SDCL 12-6-3, 12-6-4, 12-6-6, 12-6-7, 12-6-7.1, 12-6-8, 12-6-11, 12-6-26, 12-6-51, 12-6-55, 12-6-56 and 12-6-58, to repeal and reenact 12-6-1 and to repeal 12-6-10, 12-6-12, 12-6-13, 12-6-15 through 12-6-17, 12-6-19 through 12-6-25, 12-6-26.1, 12-6-27 through 12-6-49, 12-6-53, 12-6-54, 12-6-59

through 12-6-63, 12-7-2, 12-9-3, 12-10-3, relating to primary elections, ch. 74, 1973 S.D. Laws 114.

12. An Act to amend SDCL 12-7-1 and to repeal SDCL 12-7-2, 12-7-3 and 12-7-4, relating to nomination of independent candidates, ch. 75, 1973 S.D. Laws 117.

13. An Act to amend SDCL 12-8-2, 12-8-6, 12-20-40, 12-20-46 and 12-20-49, and to repeal SDCL 12-8-3, 12-8-4, 12-8-5 and 12-20-50, relating to the canvassing and certification of the results of elections, ch. 76, 1973 S.D. Laws 118.

14. An Act to repeal and reenact SDCL 12-12-1, and to repeal SDCL 12-12-2, 12-12-2.1, 12-12-3 and 12-12-4, relating to notices concerning elections, ch. 77, 1973 S.D. Laws 119.

15. An Act to amend SDCL 12-21-17 relating to recounting of ballots, ch. 78, 1973 S.D. Laws 119.

16. An Act to amend SDCL 12-26-2, 12-26-7 and 12-26-26 relating to penalties for offenses against the elective franchise and types of offenses that are punishable, ch. 79, 1973 S.D. Laws 120.

17. An Act to provide for furnishing certain information by county auditors to the clerk of the United States district court, ch. 81, 1973 S.D. Laws 121.

18. A joint resolution, proposing and agreeing to an amendment to article VII of the Constitution of the state of South Dakota relating to elections and the right of suffrage, ch. 2, 1974 S.D. Laws 23.

19. An Act to amend SDCL 2-1-10 relating to initiative and referendum petitions, ch. 22, 1974 S.D. Laws 64.

20. An Act relating to home rule charters of counties and cities and providing certain requirements and prohibitions in the exercise of home rule power § 9, ch. 52, 1974 S.D. Laws 117, 118 (authorizing special elections to consider the adoption or amendment of home rule charter).

21. An Act to amend SDCL 7-7-1.1, and to repeal SDCL 7-7-10, relating to election of county officers, ch. 56, 1974 S.D. Laws 137.

22. An Act creating a state board of elections and prescribing its powers and duties, ch. 117, 1974 S.D. Laws 186.

23. An Act to recodify title 12 of the South Dakota compiled laws of 1967 and supplements thereto, relating to elections, by adding thereto new provisions, amending existing law, repealing and reenacting certain provisions, consolidating like provisions and specifically repealing certain provisions in conflict with the recodification of election law, ch. 118, 1974 S.D. Laws 187.

24. An Act to amend SDCL 12-4 by adding thereto a new section and to repeal SDCL 12-10 relating to elections and registration for elections, and declaring an emergency, ch. 119, 1974 S.D. Laws 234.

25. An Act to amend SDCL 12-5-3.3 by adding thereto a new subdivision and SDCL 12-20-48.1, relating to delegates and alternates to national political conventions, ch. 120, 1974 S.D. Laws 235.

26. An Act to provide for the disclosure of close economic interest by certain candidates for public office and by certain elected and appointed officials, and to provide penalties for violations thereof, ch. 121, 1974 S.D. Laws 236.

27. An Act to amend SDCL 12-2 by adding a new section thereto, relating to polling hours for elections, ch. 122, 1974 S.D. Laws 237.

28. An Act to amend SDCL 16-1 by adding thereto new sections, 16-1-1, and 16-1-2 and to repeal SDCL 16-1-4, 16-1-5, 16-1-6, 16-1-7, 16-1-8, 16-1-10 through 16-1-13, sdcl 16-2, 16-5-1.1, 16-6-2.1, 16-8-13, and 16-8-14, all relating to the Supreme Court, and declaring an emergency, ch. 154, 1974 S.D. Laws 280 (creating judicial election districts and setting the terms of office of supreme court justices).

29. An Act to amend SDCL 34-17-17, relating to the date for annual election of officers of a sanitary district and declaring an emergency, ch. 236, 1974 S.D. Laws 485.

30. An Act to establish a procedure for the enactment of county ordinances and to provide for initiation and referendum thereon, ch. 82, 1975 S.D. Laws 131.

31. An Act to amend SDCL 9-20-6, 12-4-6, 12-4-7, 12-4-24.1, 12-5-2, 12-7-1, 12-15-1, 12-15-3, 12-15-5, 12-15-7, 12-15-9, 12-15-10, 12-15-14, the last line of 12-16-40, 12-18-1.4, 12-20-1, 12-20-28, 13-7-4, to repeal and reenact 12-4-8, and to repeal

12-15-4, 12-19A-1, 12-19A-2, 12-19A-5, 12-19A-5.1, 12-19A-5.2, 12-19A-6, 12-19A-12, 12-19A-14, 12-19A-18.1, all relating to the conduct of elections, ch. 119, 1975 S.D. Laws 185.

32. An Act to repeal and reenact SDCL 12-4-19, to amend SDCL 12-4-10 and to make other provisions, all relating to voter registration lists, ch. 120, 1975 S.D. Laws 191.

33. An Act to repeal SDCL 12-4-17, relating to review of lists for voter registrants without duplicate cards, ch. 121, 1975 S.D. Laws 192.

34. An Act to amend SDCL 12-7-1, relating to the nomination of independent candidates for nonjudicial public office, ch. 122, 1975 S.D. Laws 193.

35. An Act to amend SDCL 12-18-1.4, relating to attendance by voting precinct judges and clerks and to sustenance for such election officials, ch. 123, 1975 S.D. Laws 193.

36. An Act to repeal and reenact SDCL 12-18-9 and to add a new section to the South Dakota Compiled Laws, relating to the presence and activities of poll watchers at the polling place, ch. 124, 1975 S.D. Laws 194.

37. An Act to amend SDCL 12-25-1, 12-25-12, 12-25-14, 12-25-19 and 12-25-21, and 12-25-23 to 12-25-26, inclusive, 12-25-28, 12-25-29 and 12-25-31, and to repeal and reenact SDCL 12-25-7 and 12-25-13, to amend SDCL 12-25 by adding new sections thereto and to repeal SDCL 12-25-2, 12-25-3, 12-25-4, 12-25-5, 12-25-6, 12-25-9, 12-25-10, 12-25-11, 12-25-14.1, 12-25-16, 12-25-17 and 12-25-20, all relating to elections and limiting campaign contributions and expenditures, requiring the filing of contribution and expenditure statements and prescribing penalties for the violation thereof, ch. 125, 1975 S.D. Laws 194.

38. An Act to authorize the use of electronic, mechanical or electric voting systems and providing a procedure for their use, ch. 126, 1975 S.D. Laws 201.

39. An Act to create a state ethics commission and providing for its powers and duties, and providing penalties for violations, ch. 127, 1975 S.D. Laws 210 (creating commission to monitor and investigate compliance with state fair campaign practices laws).

40. An Act to amend SDCL 34-17 by adding new sections thereto to provide for an increase in the membership of the board of trustees of sanitary districts outside municipalities, ch. 220, 1975 S.D. Laws 450.

41. An Act to amend SDCL 46-16-2 by adding a new subdivision thereto, to amend SDCL 46-16-26 and to repeal SDCL 46-16-30, all relating to water user districts, ch. 277, 1975 S.D. Laws 529.

42. An Act to provide for the consolidation of county offices within each county and procedure for implementation by the county commissioners and the electors of the county, ch. 66, 1976 S.D. Laws 85.

43. An Act to authorize compliance with the Voting Rights Act Amendments of 1975, Public Law 94-73, making an appropriation therefor and declaring an emergency, ch. 104, 1976 S.D. Laws 148.

44. An Act to amend SDCL 12-4-2, 12-4-3, 12-4-4.1, 12-4-7, 12-4-7.2, 12-4-9, 12-4-10, 12-4-19, 12-4-19.2, 12-4-24, 12-5-1, 12-5-14, 12-6-7, 12-6-7.1, 12-6-8, 12-7-1, 12-9-4, 12-14-4, 12-15-1, 12-15-2, 12-15-3, 12-15-5, 12-15-7, 12-15-10, 12-15-11, 12-15-13, 12-15-14, 12-15-14.1, 12-16-3, 12-16-6, 12-17A-2, 12-17A-5, 12-18-1, 12-18-1.5, 12-18-4, 12-18-9.1, 12-18-18, 12-18-20, 12-18-21, 12-18-27, 12-19-2, 12-19-3, 12-19-5, 12-19-7, 12-19-7.1, 12-19-9, 12-19-10, 12-20-1, 12-20-5, 12-20-8, 12-20-28, 12-23-4, 12-23-5, 12-26-17, 2-1-1, 2-1-3 and 2-1-5, to amend SDCL 2-1 by adding a new section thereto, to amend SDCL 12-20 by adding a new section thereto, to amend SDCL 12-21 by adding a new section thereto, to repeal and reenact SDCL 12-4-15, 12-5-8, 12-6-5, 12-6-14, 12-9-10, 12-16-17, 12-16-39, 12-18-7.2, 12-18-25, 12-23-6 and 2-1-10, and to repeal SDCL 12-4-23.1, 12-16-4, 12-16-40, 12-18-7.3, 12-18-17, 12-20-9, 12-26-18 and 12-26-20, all relating to elections, ch. 105, 1976 S.D. Laws 150.

45. An Act regulating presidential primaries and declaring an emergency, ch. 106, 1976 S.D. Laws 169.

46. An Act to amend SDCL 12-9-4 and 12-9-8 and to repeal SDCL 12-9-13, all relating to the nomination and election of judicial officers, ch. 107, 1976 S.D. Laws 171.

47. An Act to provide for absentee ballot precincts for the counting of absentee ballots, ch. 108, 1976 S.D. Laws 171.

48.  An Act to amend SDCL 12-25-1 by adding thereto a new
     subdivision, 12-25-2, 12-25-13, 12-25-13.2, chapter 12-25 by
     adding thereto a new section, to repeal and reenact 12-25-14
     and 12-25-18, and to repeal 12-25-7, 12-25-7.1, 12-25-7.2, 12-
     25-7.3, 12-25-7.4, 12-25-8.1, 12-25-8.2 and 12-25-19 all
     relating to campaign finance and declaring an emergency, ch.
     109, 1976 S.D. Laws 174.

49.  An Act to amend SDCL 46-12-1 and 46-12-14, relating to the
     number of electors required to establish an irrigation
     district and the number of directors and officers of an
     irrigation district, ch. 275, 1976 S.D. Laws 437.

50.  An Act to amend SDCL 46-12-25, 46-12-27, 46-12-39, 46-12-43
     and 46-12-44, all relating to irrigation district elections,
     ch. 276, 1976 S.D. Laws 438.

51.  An Act to amend SDCL 46-12-59, 46-12-60, 46-12-67, 46-12-68,
     46-12-69, 46-12-87, 46-13-4, 46-13-6, 46-13-7, 46-13-14, 46-
     14-12, 46-14-13, 46-14-17, 46-14-43, 46-14-44, 46-15-1, 46-15-
     10, 46-15-11, 46-15-32, 46-15-34 and 46-15-35, to amend SDCL
     46-12 by adding four new sections thereto, and to amend SDCL
     46-14 by adding a new section thereto, all relating to the
     formation and bonding of irrigation districts, ch. 277, 1976
     S.D. Laws 439.

52.  An Act to amend SDCL 9-13-1, 9-13-13, 9-13-26, 9-13-27, 9-13-
     31, 9-20-11, 12-15-1, to repeal and reenact SDCL 9-13-6, 12-
     25-30, and 3-1A-4, and to amend chapters 9-12, 12-15 and 9-2
     by adding new sections thereto, all relating to municipal
     elections, ch. 68, 1977 S.D. Laws 104.

53.  An Act to repeal SDCL 12-5-3 to 12-5-3.5, inclusive, and to
     provide for the selection and allocation and choosing of
     delegates and alternates to a political party's national
     convention, ch. 107, 1977 S.D. Laws 149.

54.  An Act to amend SDCL 12-6-4, 12-7-1, 12-8-6 and 12-8-8
     changing the dates required for filing petitions and
     certificates of nomination and the certification of those
     filing such petitions and certificates of nomination, ch. 108,
     1977 S.D. Laws 152.

55.  An Act to amend SDCL 12-7-1 and 12-16-2, to require that the
     political affiliation of independent candidates be placed on
     ballots, ch. 109, 1977 S.D. Laws 154.

56. An Act to amend SDCL 12-7 by adding a new section thereto forbidding a person who has been a candidate for office in a primary election from filing a certificate of nomination as an independent candidate for that office in the same year, ch. 110, 1977 S.D. Laws 155.

57. An Act to amend SDCL 12-15-5 relating to election judges acting as election clerks in small precincts, ch. 111, 1977 S.D. Laws 155.

58. An Act to implement the Overseas Citizens Voting Rights Act of 1975, P.L. 94-203, ch. 112, 1977 S.D. Laws 156.

59. An Act to amend SDCL 12-19-43, to allow absentee ballots to be opened, stamped and placed in the ballot box prior to the closing of the polls, ch. 113, 1977 S.D. Laws 157.

60. An Act to amend SDCL 16-1-1, to change the composition of the Supreme Court Districts, ch. 174, 1977 S.D. Laws 214.

61. An Act to amend SDCL 46-12-29 relating to notices of election of irrigation district directors, ch. 367, 1977 S.D. Laws 639.

62. Rule 76-7, ch. 428, 1977 S.D. Laws 787 (amending the composition of, and number of judges in, certain judicial circuits).

63. Rule 77-1, ch. 429, 1977 S.D. Laws 789 (amending the composition of certain judicial circuits).

64. An Act to allow the county auditor's office to remain open during the hours of a school or municipal election, ch. 54, 1978 S.D. Laws 92.

65. An Act to clarify the process of signing municipal petitions and to change the allotted time for holding such elections, ch. 60, 1978 S.D. Laws 96.

66. An Act to define registered mail when used in connection with elections for state, district and county officers, ch. 92, 1978 S.D. Laws 158.

67. An Act to create staggered four year terms for the members of the state board of elections, ch. 93, 1978 S.D. Laws 158.

68. An Act to specify the method for mailing voter registration cards and the deadline for their receipt and declaring an emergency, ch. 94, 1978 S.D. Laws 159.

69. An Act to require the clerk of courts to furnish the county auditor with a list of persons declared mentally incompetent or convicted of a felony, ch. 95, 1978 S.D. Laws 160.

70. An Act to allow political parties to select a method of filling vacancies, ch. 96, 1978 S.D. Laws 161.

71. An Act to change the time for signing nominating petition and declaring an emergency, ch. 97, 1978 S.D. Laws 161.

72. An Act to declare an unopposed candidate for political party office the winner in an election and to specify that that name will not appear on the primary election ballot, ch. 98, 1978 S.D. Laws 162.

73. An Act to change the deadline for the withdrawal of a candidate once he has filed nominating petitions, ch. 99, 1978 S.D. Laws 162.

74. An Act to change the dates for notification by political parties and the secretary of state regarding nominations, ch. 100, 1978 S.D. Laws 163.

75. An Act to require the county auditor to maintain separate voter registration lists for voters residing inside and outside municipalities, ch. 101, 1978 S.D. Laws 164.

76. An Act to remove duplicate ballots from spoiled ballots, ch. 102, 1978 S.D. Laws 165.

77. An Act to restrict the early release of election returns, ch. 103, 1978 S.D. Laws 165.

78. An Act to modify residency requirements for irrigation district directors, ch. 325, 1978 S.D. Laws 519.

79. An Act to allow designation of polling places for irrigation district elections, ch. 326, 1978 S.D. Laws 519.

80. An Act to provide for uniform time of day for irrigation district elections, ch. 327, 1978 S.D. Laws 521.

81. An Act to allow the number of trustees of a town to be increased from three to five, ch. 48, 1979 S.D. Laws 75.

82. An Act to change the method for filling municipal vacancies and to change the petition for municipal office, ch. 50, 1979 S.D. Laws 76.

83. An Act to allow citizens in annexed areas to run for municipal office, ch. 51, 1979 S.D. Laws 78.

84. An Act to restrict the power to register voters to county auditors or their deputies, ch. 96, 1979 S.D. Laws 123.

85. An Act to change the dates for candidates to withdraw their names from the ballot and to change the date for delivering absentee ballots, ch. 97, 1979 S.D. Laws 125.

86. An Act to require the county canvassing board to certify delegates and alternates elected to state party conventions and to send notices to the political parties and to print the names of certain unopposed candidates on the ballot, ch. 98, 1979 S.D. Laws 126.

87. An Act to authorize the Governor to fill, by appointment, vacancies in the office of senator in the senate of the United States and to provide for special elections to fill such vacancies pursuant to the seventeenth amendment to the Constitution of the United States, ch. 99, 1979 S.D. Laws 127.

88. An Act to remove the requirement for the secretary of state to mail copies of referred measures to all legal newspapers, ch. 101, 1979 S.D. Laws 129.

89. An Act to require county auditors to notify the secretary of state of the number of precincts within a county and the type of ballot to be used in the precincts and total number of votes cast in the precinct, ch. 102, 1979 S.D. Laws 130.

90. An Act to change the method of counting absentee ballots in electronic voting precincts, ch. 103, 1979 S.D. Laws 130.

91. An Act to repeal the penalty for a false affidavit for assisting a disabled voter, ch. 104, 1979 S.D. Laws 132.

92. An Act to require the person in charge of elections to issue receipts for absentee ballots and to keep records of all absentee ballot requests, ch. 105, 1979 S.D. Laws 132.

93. An Act to require counted ballots to be sorted before being returned to the ballot box, ch. 106, 1979 S.D. Laws 133.

94. An Act to define valuable consideration as that term is used in the Fair Campaign Practices Act and to require the filing of financial statements by groups that refer or initiate questions, ch. 107, 1979 S.D. Laws 134.

95. An Act to abolish the ethics commission, to transfer certain functions relating to reporting of campaign finances to the secretary of state and change the filing requirements, ch. 108, 1979 S.D. Laws 135.

96. An Act to change the method of altering school district boundaries and to provide for a referral of any boundary change, ch. 112, 1979 S.D. Laws 139.

97. An Act to end the involvement of the clerk of the United States district court in updating voting records, ch. 110, 1980 S.D. Laws 267.

98. An Act to change the date for certification to the secretary of state names of party delegates to the national convention, ch. 111, 1980 S.D. Laws 268.

99. An Act to allow political parties to organize their own central committees, ch. 112, 1980 S.D. Laws 269.

100. An Act to repeal the presidential preference primary and to declare an emergency, ch. 113, 1980 S.D. Laws 269.

101. An Act to prohibit candidates for the United States Senate and House of Representatives from running in the general election if they lost in the primary election, ch. 114, 1980 S.D. Laws 270.

102. An Act to revise the absentee ballot process, ch. 115, 1980 S.D. Laws 270.

103. An Act to prohibit filing fees for filing statements of contributions and financial interest in the secretary of state's office, ch. 116, 1980 S.D. Laws 273.

104. An Act to prohibit the sale or use of campaign finance records for the purpose of solicitation and to provide a penalty therefor, ch. 117, 1980 S.D. Laws 273.

105. An Act to provide for the congressional reapportionment, ch. 1, 1981 S.D. Laws 27.

106. An Act to revise and classify the crimes in volume 3 of the South Dakota Codified Laws §§ 9, 10, ch. 43, 1981 S.D. Laws 185, 187 (crimes against the franchise).

107. An Act to revise the statutes in Volume 3 of the South Dakota Codified Laws by repealing and amending statutes which are unconstitutional, in conflict with other laws, refer to obsolete offices and repealed laws, or discriminate between the sexes §§ 2,3, & 16-19, ch. 44, 1981 S.D. Laws 189, 189-192 (relating to elections).

108. An Act to substitute the term "voter" for the term "elector" in laws dealing with county and township governments, ch. 46, 1981 S.D. Laws 200.

109. An Act to change the date of election on annexation resolution referendum, ch. 63, 1981 S.D. Laws 213.

110. An Act to change the filling of a vacancy in the office of mayor in the aldermanic form of government, ch. 64, 1981 S.D. Laws 213.

111. An Act to allow municipal elections and school district elections to be held in conjunction, ch. 66, 1981 S.D. Laws 214.

112. An Act to establish the number of signers required for nominating petitions in cities, ch. 67, 1981 S.D. Laws 215.

113. An Act to permit five percent of the voters to petition for placement of a county comprehensive plan or adjunct on the ballot, ch. 116, 1981 S.D. Laws 256.

114. An Act to provide for uniform closing times for polling places and to permit local election returns to be released to the public, ch. 119, 1981 S.D. Laws 258.

115. An Act to delete the registered mail requirement for voter registration cards and to repeal the provision for distribution of voter registration cards, ch. 120, 1981 S.D. Laws 258.

116. An Act to permit the withdrawal of candidates from a primary election, ch. 121, 1981 S.D. Laws 259.

117. An Act to provide for the position of parties on voting machines used in primary elections, ch. 122, 1981 S.D. Laws 259.

118. An Act to provide for a separate canvassing board in certain precincts using voting machines, ch. 123, 1981 S.D. Laws 260.

119. An Act to change the printing deadline of ballots for the general election, ch. 124, 1981 S.D. Laws 260.

120. An Act to change the method of reporting election returns to the secretary of state, ch. 126, 1981 S.D. Laws 262.

121. An Act to allow the Governor and the chief justice of the Supreme Court to send designees to the State canvassing board, ch. 127, 1981 S.D. Laws 262.

122. An Act to require county auditors to notify the secretary of state of the filing of recount petitions, ch. 128, 1981 S.D. Laws 263.

123. An Act to revise the requirements for filing a nominating petition for school board elections and to declare an emergency, ch. 129, 1981 S.D. Laws 264.

124. An Act to provide for recount in tie elections before casting of lots, ch. 130, 1981 S.D. Laws 265.

125. An Act to provide a procedure for retention elections for Supreme Court justices, ch. 164, 1981 S.D. Laws 289.

126. An Act to change certain residency requirements for directors of rural fire protection districts and to declare an emergency, ch. 264, 1981 S.D. Laws 386.

127. Initiated Measure, ch. 1, 1982 S.D. Laws 39 (proposing constitutional amendment to require single-member senate districts).

128. An Act to provide for the creation of a vacancy of office if any county commissioner fails to attend commission meetings over a period of time, ch. 63, 1982 S.D. Laws 240.

129. An Act to provide for the reapportionment of county commissioner districts and to declare an emergency, ch. 64, 1982 S.D. Laws 240.

130. An Act to define unplatted territory for the purposes of municipal annexation and clarify certain annexation provisions, ch. 71, 1982 S.D. Laws 244.

131. An Act to include two county auditors on the state board of elections, ch. 124, 1982 S.D. Laws 313.

132. An Act to require the register of deeds to furnish information on recent deaths to the county auditor, ch. 125, 1982 S.D. Laws 314.

133. An Act to change certain dates in the election process, ch. 126, 1982 S.D. Laws 315.

134. An Act to allow independent presidential candidates to designate a running mate, ch. 127, 1982 S.D. Laws 316.

135. An Act to change the size of precincts where election judges are allowed to act as clerks and to declare an emergency, ch. 128, 1982 S.D. Laws 317.

136. An Act to change the requirement for party designation in electronic voting systems booklets, ch. 129, 1982 S.D. Laws 318.

137. An Act to repeal the small precinct exemption from an absentee ballot counting board, ch. 130, 1982 S.D. Laws 318.

138. An Act to change the campaign filing requirements for county and legislative offices, ch. 131, 1982 S.D. Laws 319.

139. An Act to provide for recounts in close school elections, to set compensation for members of the recount board and to declare an emergency, ch. 134, 1982 S.D. Laws 322.

140. An Act to reapportion the Supreme Court districts, ch. 168, 1982 S.D. Laws 357.

141. An Act to provide for statewide retention elections for Supreme Court justices, ch. 169, 1982 S.D. Laws 357.

142. An Act to clarify the authority of counties to issue bonds for county hospitals and hospital additions, to validate such bonds and to declare an emergency, ch. 258, 1982 S.D. Laws 445.

143. An Act to provide for the creation of ambulance districts and to allow out-of-state ambulance services to deliver services within the state, ch. 259, 1982 S.D. Laws 447.

144. An Act to reapportion the public utilities commissioner districts, ch. 323, 1982 S.D. Laws 557.

145. An Act to provide for the apportionment of the legislature, ch. 10, 1983 S.D. Laws 37.

146. An Act to revise certain procedures relating to election petitions, ch. 52, 1983 S.D. Laws 241.

147. An Act to allow municipalities to combine certain elections with the annual municipal election, ch. 53, 1983 S.D. Laws 243.

148. An Act to remove the secondary election requirement for municipal elections if there are less than three candidates for an office, ch. 54, 1983 S.D. Laws 245.

149. An Act to provide for recount procedures in municipal elections, ch. 55, 1983 S.D. Laws 245.

150. An Act to reduce the residence requirement for election or appointment to municipal office, ch. 56, 1983 S.D. Laws 246.

151. An act to change the days and hours the county auditor's office is open for voter registration, ch. 107, 1983 S.D. Laws 307.

152. An Act to allow the use of three election officials in certain small precincts using an electronic voting system, ch. 108, 1983 S.D. Laws 308.

153. An Act to allow canvassing boards to process absentee ballots, ch. 109, 1983 S.D. Laws 308.

154. An Act to remove the limit on the maximum number of voters in an electronic voting system precinct, ch. 110, 1983 S.D. Laws 309.

155. An Act to clarify that a handicapped voter voting absentee may receive assistance, ch. 111, 1983 S.D. Laws 309.

156. An Act to allow a person to vote absentee when outside of the county, ch. 112, 1983 S.D. Laws 310.

157. An Act to require that applications for absentee ballots be received at least seven days prior to the election, ch. 113, 1983 S.D. Laws 310.

158. An Act to extend the period that a voter may vote absentee in the auditor's office prior to an election, ch. 114, 1983 S.D. Laws 311.

159. An Act to clarify a voter's responsibility when voting absentee, ch. 115, 1983 S.D. Laws 312.

160. An Act to clarify the authorized messenger's responsibility to return an absentee ballot and to make it a felony to tamper with an absentee ballot, ch. 116, 1983 S.D. Laws 312.

161. An Act to revise the composition of recount boards, ch. 117, 1983 S.D. Laws 313.

162. An Act to change certain recount procedures, ch. 118, 1983 S.D. Laws 313.

163. An Act to clarify certain procedures for school board elections and to declare an emergency, ch. 120, 1983 S.D. Laws 315.

164. An Act to clarify certain school board representation requirements, school district adjoining land and to declare an emergency, ch. 121, 1983 S.D. Laws 315.

165. An Act to revise the procedures public bodies use to issue bonds, ch. 43, 1984 S.D. Laws 198 (prescribing procedures for bond elections).

166. An Act to clarify certain annexation procedures, ch. 52, 1984 S.D. Laws 226.

167. An Act to permit municipal governing bodies to determine certain terms of office, ch. 53, 1984 S.D. Laws 227.

168. An Act to establish a procedure for the change in the number of municipal wards, ch. 54, 1984 S.D. Laws 228.

169. An Act to revise certain municipal election laws relating to recounts, ch. 55, 1984 S.D. Laws 229.

170. An Act to revise procedures for a new political party to participate in state elections and to declare an emergency, ch. 107, 1984 S.D. Laws 276.

171. An Act to require that certain judges and clerks be residents of their precincts or election districts and to declare an emergency, ch. 108, 1984 S.D. Laws 277.

172. An Act to restrict election judges and clerks from pollwatching and to declare an emergency, ch. 109, 1984 S.D. Laws 277.

173. An Act to permit the use of paper ballots in automatic tabulating systems and to declare an emergency, ch. 110, 1984 S.D. Laws 278.

174. An Act to clarify the address to which absentee ballots may be sent, ch. 111, 1984 S.D. Laws 278.

175. An Act to prohibit a notary from displaying campaign material or soliciting votes when voting an absentee ballot, ch. 112, 1984 S.D. Laws 279.

176. An Act to change the date of filing of a Supreme Court justice's statement of financial interest, ch. 113, 1984 S.D. Laws 280.

177. An Act to clarify the signing and filing requirements of municipal nominating petitions, ch. 58, 1985 S.D. Laws 251.

178. An Act to revise certain municipal election publication provisions, ch. 59, 1985 S.D. Laws 252.

179. An Act to allow a county auditor to appoint certain persons as deputy county auditors for voter registration, ch. 106, 1985 S.D. Laws 292.

180. An Act to revise certain voter registration provisions, ch. 107, 1985 S.D. Laws 293.

181. An Act to provide for the posting of voter information at voter registration sites, ch. 108, 1985 S.D. Laws 294.

182. An Act to provide for the precinct registration list for a secondary election, ch. 109, 1985 S.D. Laws 294.

183. An Act to provide for a secondary election if no candidate for United States senate, congressman, or Governor receives the required majority in a primary election, ch. 110, 1985 S.D. Laws 295.

184. An Act to permit local governing boards to employ their own election and canvassing boards under certain conditions, ch. 111, 1985 S.D. Laws 296.

185. An Act to revise certain election ballot provisions, ch. 112, 1985 S.D. Laws 297.

186. An Act to clarify that all voting shall be done in private voting booths, ch. 113, 1985 S.D. Laws 298.

187. An Act to prohibit exit and opinion polls within the proximity of a polling place, ch. 114, 1985 S.D. Laws 298.

188. An Act to permit a federal service voter and elderly or handicapped voters to use a self-administered oath on an absentee ballot, ch. 115, 1985 S.D. Laws 299.

189. An Act to revise certain absentee ballot precinct provisions, ch. 116, 1985 S.D. Laws 299.

190. An Act to specify certain contents in the disclaimer for campaign literature and advertisements, ch. 117, 1985 S.D. Laws 300.

191. An Act to exempt minor election offenses from causing forfeiture of office or removal from the ballot, ch. 118, 1985 S.D. Laws 300.

192. An Act to modify dates for school district and municipal elections, ch. 119, 1985 S.D. Laws 301.

193. An Act to authorize an optional form of county government, ch. 62, 1986 S.D. Laws 280.

194. An Act to revise certain municipal and school election dates procedures, ch. 67, 1986 S.D. Laws 285.

195. An Act to clarify certain provisions relating to the form of election petitions, ch. 114, 1986 S.D. Laws 335.

196. An Act to change the date of the presidential primary election to the last Tuesday of February, ch. 115, 1986 S.D. Laws 335.

197. An Act to limit statewide elections to the primary, runoff, and general election dates, ch. 116, 1986 S.D. Laws 337.

198. An Act to permit the consolidation of certain elections and to declare an emergency, ch. 117, 1986 S.D. Laws 337.

199. An Act to permit the appointment of three election officials in county elections and to declare an emergency, ch. 118, 1986 S.D. Laws 338.

200. An Act to allow each political party to determine the composition of its state central committee, ch. 119, 1986 S.D. Laws 338.

201. An Act to permit alternates to be named to a canvassing board in case of absence for cause, ch. 120, 1986 S.D. Laws 339.

202. An Act to revise how long certain election materials must be maintained, ch. 121, 1986 S.D. Laws 339.

203. An Act to provide for secondary school board elections to resolve tie votes, ch. 125, 1986 S.D. Laws 347.

204. An Act to revise certain sanitary district election provisions, ch. 292, 1986 S.D. Laws 553.

205. An Act to permit a municipality to assume the bonded indebtedness of a sanitary sewer district under certain conditions and to declare an emergency, ch. 293, 1986 S.D. Laws 554.

206. An Act to revise certain statutes relating to the powers and jurisdiction of the department of water and natural resources, ch. 295, 1986 S.D. Laws 555.

207. An Act to revise certain provisions relating to irrigation districts, ch. 376, 1986 S.D. Laws 726.

208. An Act to revise the number of signatures needed on certain petitions, ch. 67, 1987 S.D. Laws 187.

209. An Act to make the date for circulating municipal nominating petitions uniform for all municipalities, ch. 76, 1987 S.D. Laws 198.

210. An Act to clarify the number of signatures needed to refer a municipal action, ch. 78, 1987 S.D. Laws 199.

211. An Act to revise the time when an election shall be held on the referral of a county comprehensive plan or amendment thereto and to declare an emergency, ch. 115, 1987 S.D. Laws 244.

212. An Act to provide a definite date for a presidential candidate to indicate his intent to have his name on a primary ballot, ch. 120, 1987 S.D. Laws 248.

213. An Act requiring that the American flag be displayed at all polling places at each election, ch. 122, 1987 S.D. Laws 249.

214. An Act to reduce the number of election officials for the presidential primary, ch. 123, 1987 S.D. Laws 249.

215. An Act to revise certain provisions concerning the payment of election judges and clerks, ch. 124, 1987 S.D. Laws 250.

216. An Act to establish a uniform time when ballots shall be printed before primary and general elections, ch. 125, 1987 S.D. Laws 250.

217. An Act to modify reporting requirements for any person or political committee involved in elections, ch. 126, 1987 S.D. Laws 251.

218. An Act to require published notice of conservation district offices which are to be filled in an upcoming election, ch. 284, 1987 S.D. Laws 408.

219. An Act to place additional requirements on the circulation of initiative and referendum petitions and to declare an emergency, ch. 23, 1988 S.D. Laws 48.

220. An Act to permit municipalities, school districts or other governmental subdivisions to adopt the state campaign finance law with local amendments, ch. 60, 1988 S.D. Laws 155.

221. An Act to revise certain provisions concerning county and municipal petitions, ch. 63, 1988 S.D. Laws 156.

222. An Act to revise the procedures for combining county offices, ch. 65, 1988 S.D. Laws 162.

223. An Act to revise the date for the canvass of municipal elections, ch. 75, 1988 S.D. Laws 172.

224. An Act to revise the date when a candidate for a precinct committeeman or committeewoman must provide notice to the county auditor and to declare an emergency, ch. 130, 1988 S.D. Laws 219.

225.  An Act to repeal the time period associated with applying for an absentee ballot, ch. 132, 1988 S.D. Laws 220.

226. An Act to clarify certain provisions concerning the canvassing of elections, ch. 133, 1988 S.D. Laws 221.

227. An Act to authorize former school district representation areas for consolidated school districts, ch. 136, 1988 S.D. Laws 223.

228. An Act to authorize school district board member representation areas, ch. 137, 1988 S.D. Laws 224.

229. An Act to permit a sanitary district to hold its annual election within a certain period of time, ch. 287, 1988 S.D. Laws 384.

230. An Act to revise certain provisions concerning sanitary district trustees, ch. 288, 1988 S.D. Laws 384.

231. An Act to revise and ad certain provisions relating to watershed districts, ch. 367, 1988 S.D. Laws 509.

232. An Act to revise the procedure for placing initiated laws on the ballot, ch. 23, 1989 S.D. Laws 108.

233. An Act to correct minor errors and internal inconsistencies in the South Dakota codified laws §§ 34-35, ch. 30, 1989 S.D. Laws 112, 117-18 (relating to election laws).

234. An Act to permit the creation of an improvement district and to establish its powers and bonding authority, ch. 59, 1989 S.D. Laws 193.

235. An Act to stagger the terms of county auditors on the state board of elections, ch. 126, 1989 S.D. Laws 288.

236. An Act to permit the county auditor to permanently revoke a person's authority to register voters under certain conditions, ch. 127, 1989 S.D. Laws 289.

237. An Act to revise the selection of election officials for certain primary elections, ch. 129, 1989 S.D. Laws 290.

238. An Act to permit a voter to place his own ballot in the ballot box in certain instances, ch. 130, 1989 S.D. Laws 291.

239. An Act to permit the use of a registration list in lieu of a poll book in certain election precincts, ch. 131, 1989 S.D. Laws 291.

240. An Act to revise the composition of recount boards, ch. 132, 1989 S.D. Laws 291.

241. An Act to revise certain provisions pertaining to the appointment of recount boards, ch. 133, 1989 S.D. Laws 292.

242. An Act to exempt certain political advertising from the requirement to include an address, ch. 134, 1989 S.D. Laws 292.

243. An Act to revise certain provisions concerning campaign financial reporting, ch. 135, 1989 S.D. Laws 293.

244. An Act to prohibit intentional tampering with automatic ballot counting devices and punch card ballot booklets and to impose a criminal penalty for violation thereof, ch. 136, 1989 S.D. Laws 293.

245. An Act to revise certain statutes relating to water development districts, ch. 386, 1989 S.D. Laws 684.

246. An Act to revise certain provisions relating to watershed districts, ch. 389, 1989 S.D. Laws 696.

247. An Act to clarify the date for filing petitions to amend the constitution, ch. 24, 1990 S.D. Laws 44.

248. An Act to permit certain townships to require the filing of nominating petitions, ch. 56, 1990 S.D. Laws 114.

249. An Act to provide for the optional election of a township constable, ch. 57, 1990 S.D. Laws 115.

250. An Act to permit certain municipalities to appoint a single election board, ch. 60, 1990 S.D. Laws 116.

251. An Act to allow flexibility in setting the election date to exceed the tax limits as provided in §§ 10-12B-1 and 10-12B-2 and to allow flexibility in the effective date of certain school reorganization plans and to declare an emergency, ch. 78, 1990 S.D. Laws 129.

252. An Act to revise certain provisions relating to the application of state election law to local governments, ch. 103, 1990 S.D. Laws 151.

253. An Act to repeal references to ditto marks in state, county and municipal election laws, ch. 104, 1990 S.D. Laws 152.

254. An Act to require legislative candidates to be residents of the districts for which they are candidates and to declare an emergency, ch. 105, 1990 S.D. Laws 153.

255. An Act to revise certain statutes pertaining to the attendance of clerks and judges of elections at certain instructional meetings, ch. 106, 1990 S.D. Laws 153.

256. An Act to revise certain provisions concerning permitting a person to vote if his name is not on the precinct registration list, ch. 107, 1990 S.D. Laws 154.

257. An Act to require the county auditor to enter election results in the central election reporting system, ch. 108, 1990 S.D. Laws 154.

258. An Act to repeal an election financial statement requirement for candidates for a district office, ch. 109, 1990 S.D. Laws 155.

259. An Act to provide a penalty for failure to submit timely and accurate election financial statements and to require the maintenance of certain records and to declare an emergency, ch. 110, 1990 S.D. Laws 156.

260. An Act to permit certain boundary changes before a reorganization plan is effective and to declare an emergency, ch. 111, 1990 S.D. Laws 156.

261. An Act to revise certain provisions concerning sanitary districts, ch. 284, 1990 S.D. Laws 324.

262. An Act to revise certain provisions relating to water project districts, ch. 366, 1990 S.D. Laws 506.

263. An Act to prohibit the display of campaign materials and political party offices in a county courthouse, ch. 118, 1991 S.D. Laws 159.

264. An Act to revise the procedures for filling vacancies for nominations to certain elective offices, ch. 119, 1991 S.D. Laws 160.

265. An Act to prohibit candidates and certain relatives of candidates from serving on election and canvassing boards, ch. 120, 1991 S.D. Laws 160.

266. An Act to revise certain provisions concerning the publishing of ballot facsimiles, ch. 121, 1991 S.D. Laws 161.

267. An Act to revise certain provisions concerning electronic voting systems, ch. 122, 1991 S.D. Laws 162.

268. An Act to revise certain provisions concerning campaign finance, ch. 123, 1991 S.D. Laws 163.

269. An Act to clarify certain school district reorganization procedures, ch. 143, 1991 S.D. Laws 184.

270. An Act to revise the election procedures of the corn utilization council, ch. 328, 1991 S.D. Laws 518.

271. An Act to clarify certain statutes regarding vacancies on a water development district board of directors, ch. 372, 1991 S.D. Laws 593.

272. An Act to provide for the change of a county name, ch. 51 1992 S.D. Laws 98 (authorizing elections to change the name of a county).

273. An Act to repeal the requirement that the list of municipal election nominees be published, ch. 62, 1992 S.D. Laws 106.

274. An Act to permit the use of a single ballot box and one pollbook in certain municipal elections, ch. 63, 1992 S.D. Laws 106.

275. An Act to revise certain provisions concerning residency requirements for municipal officers, ch. 64, 1992 S.D. Laws 107.

276. An Act to revise certain provisions concerning voter registration, ch. 107, 1992 S.D. Laws 165.

277. An Act to make felons responsible for the reinstatement of their own civil rights, ch. 108, 1992 S.D. Laws 166.

278. An Act to revise certain provisions concerning election petitions, ch. 110, 1992 S.D. Laws 167.

279. An Act to provide for the preparation and distribution of public information about certain ballot issues, ch. 111, 1992 S.D. Laws 168.

280. An Act to provide for white ballot label pages, ch. 112, 1992 S.D. Laws 169.

281. An Act to permit transporting ballot boxes by people other than judges of the election, ch. 113, 1992 S.D. Laws 170.

282. An Act to allow for simulated elections for minors, ch. 114, 1992 S.D. Laws 170.

283. An Act to revise certain provisions concerning absentee voting, ch. 115, 1992 S.D. Laws 171.

284. An Act to reapportion the Supreme Court election districts, ch. 151, 1992 S.D. Laws 205.

285. An Act to revise certain provisions regarding public notice for sanitary district trustee elections, ch. 255, 1992 S.D. Laws 395.

286. An Act to abolish public utilities commissioner districts and revise the qualifications and requirements of public utilities commissioners, ch. 325, 1992 S.D. Laws 555.

287. An Act to repeal secondary runoff elections in certain municipalities, ch. 70, 1993 S.D. Laws 120.

288. An Act to revise certain provisions concerning political parties, ch. 109, 1993 S.D. Laws 172.

289. An Act to revise certain provisions concerning voter registration, ch. 110, 1993 S.D. Laws 174.

290. An Act to revise the appointment of certain election officials, ch. 112, 1993 S.D. Laws 175.

291. An Act to provide for one pollbook, ch. 113, 1993 S.D. Laws 176.

292. An Act to revise the requirements of certain voting equipment, ch. 114, 1993 S.D. Laws 178.

293. An Act to revise the maximum time a person has to vote, ch. 115, 1993 S.D. Laws 179.

294. An Act to revise certain provisions concerning uniformed and military voting overseas, ch. 116, 1993 S.D. Laws 179.

295. An Act to revise certain provisions concerning the reporting of election returns, ch. 117, 1993 S.D. Laws 181.

296. An Act to rename canvassing boards counting boards, ch. 118, 1993 S.D. Laws 181.

297. An Act to revise certain provisions concerning ballot question committees, ch. 119, 1993 S.D. Laws 187.

298.  An Act to require that the name of a political action committee be included in a campaign statement regardless of the amount of the contribution, ch. 120, 1993 S.D. Laws 189.

299. An Act to revise the requirements for certain pre-primary reports, ch. 121, 1993 S.D. Laws 190.

300. An Act to revise certain provisions relating to petitions for certain school elections, ch. 125, 1993 S.D. Laws 194.

301. An Act to revise certain provisions regarding the selection of sanitary district trustees, ch. 258, 1993 S.D. Laws 404.

302. A joint resolution proposing and submitting to the electors at the next general election an amendment to Article III of Section 3 of the Constitution of the state of South Dakota, relating to the qualifications for legislative office, ch. 1, 1994 S.D. Laws 1.

303. An Act to provide for filling certain vacant elected offices, ch. 31, 1993 S.D. Laws 52.

304. An Act to revise certain provisions regarding information contained on the ballot, ch. 108, 1994 S.D. Laws 156.

305. An Act to provide for the style and form of initiatives and initiated amendments to the Constitution and to provide for their review, ch. 109, 1994 S.D. Laws 158.

306. An Act to separate punch card voting from optical mark voting, ch. 110, 1994 S.D. Laws 158.

307. An Act to revise the procedures governing highway appeals from a township board of supervisors, ch. 236, 1994 S.D. Laws 330 (amending the procedures for referral elections on township highway changes).

308. An Act to revise certain requirements pertaining to sanitary district elections, ch. 281, 1994 S.D. Laws 390.

309. An Act to revise certain statutes governing conservation district formation, elections, reporting, boundary changes, and dissolution, ch. 316, 1994 S.D. Laws 423.

310. An Act to reduce the number of monthly meetings a county commissioner may miss before the position is declared vacant, ch. 38, 1995 S.D. Laws 82.

311. An Act to revise the recount procedure for municipal and school elections, ch. 44, 1995 S.D. Laws 85.

312. An Act to revise the date of election on a municipal referendum petition, ch. 47, 1995 S.D. Laws 89.

313. An Act to clarify the selection of judicial positions for judicial election, ch. 82, 1995 S.D. Laws 191.

314. An Act to provide for the publication of a notice of the elected positions which are to be filled, ch. 83, 1995 S.D. Laws 191.

315. An Act to revise the reasons for which a voter may receive assistance while voting, ch. 84, 1995 S.D. Laws 192.

316. An Act to require certain local candidates to file a financial interest statement, ch. 85, 1995 S.D. Laws 192.

317. An Act to revise the number of persons necessary to refer a school district boundary change, ch. 89, 1995 S.D. Laws 201.

318. An Act to revise when a school district election may be held, ch. 90, 1995 S.D. Laws 202.

319. An Act to revise how school district candidates' names are positioned on school district ballots, ch. 91, 1995 S.D. Laws 203.

320. An Act to permit school district absentee ballots to be voted in the county auditor's office and to declare an emergency, ch. 92, 1995 S.D. Laws 203.

321. An Act to allow an election prior to any annexation by a rural fire protection district, ch. 198, 1995 S.D. Laws 366.

322. An Act to permit counties to enter into an agreement to provide for regional prosecutors, ch. 54, 1996 S.D. Laws 99 (prescribing elections for regional prosecutors).

323. An Act to revise certain provisions by which townships may be reorganized, divided, or merged, ch. 58, 1996 S.D. Laws 101.

324. An Act to allow municipalities to establish individual contests when more than one seat is vacant in a municipal election, ch. 59, 1996 S.D. Laws 104.

325. An Act to provide for the combining of certain elections, ch. 60, 1996 S.D. Laws 105.

326. An Act to repeal or revise certain provisions relating to voting machines, ch. 94, 1996 S.D. Laws 154.

327. An Act to revise certain provisions relating to voter registration and voting rights, ch. 95, 1996 S.D. Laws 157.

328. An Act to allow registered voters with no party affiliation to vote in certain party primary elections, ch. 97, 1996 S.D. Laws 158.

329. An Act to revise certain provisions relating to campaign financing and financial disclosure requirements for school board candidates, ch. 98, 1996 S.D. Laws 159.

330. An Act to provide for the consideration of nontaxable property when making boundary changes to a school district, ch. 102, 1996 S.D. Laws 162.

331. An Act to require any petition signer for any school board representation area to be a resident voter, ch. 103, 1996 S.D. Laws 162.

332. An Act to repeal the early presidential primary, ch. 75, 1997 S.D. Laws 117.

333. An Act to permit an election to be delayed under certain weather conditions, ch. 76, 1997 S.D. Laws 118.

334. An Act to repeal the sunset clause concerning compliance with the provisions of the Voting Rights Act of 1975, ch. 77, 1997 S.D. Laws 119.

335. An Act to establish an effective date for voter registration, ch. 78, 1997 S.D. Laws 119.

336. An Act to revise the time frames for giving notice concerning local elections and the distribution of sample ballots, ch. 79, 1997 S.D. Laws 120.

337. An Act to repeal the provisions concerning a candidate's support of congressional term limits, ch. 80, 1997 S.D. Laws 121.

338. An Act to abolish straight-party voting and to revise certain provisions relating to election ballots, ch. 81, 1997 S.D. Laws 121.

339. An Act to revise the requirements for the type of facilities that maybe provided assistance concerning absentee ballots during a general election, ch. 82, 1997 S.D. Laws 123.

340. An Act to revise which candidates to whom the provisions concerning campaign financing apply, ch. 83, 1997 S.D. Laws 124.

341. An Act to elect trustees to control and manage drainage districts and to declare an emergency, ch. 256, 1997 S.D. Laws 389.

342. A joint resolution, Proposing and submitting to the electors at the next general election amendments to Article III, section 3 of the Constitution of the State of South Dakota, relating to the age qualifications for legislative office, and to Article IV, section 2 of the Constitution of the State of South Dakota, relating to the age qualifications for Governor and lieutenant governor, ch. 1, 1998 S.D. Laws 17.

343. An Act to establish a uniform procedure for creating certain special districts and electing the first board of trustees, ch. 36, 1998 S.D. Laws 84.

344. An Act to revise the permissible number of county commissioners, ch. 39, 1998 S.D. Laws 96.

345. An Act to allow the use of absentee voting in certain township elections and to allow registered voters to file a petition requiring township candidates to file a nominating petition, ch. 43, 1998 S.D. Laws 99.

346. An Act to allow aldermanic municipalities to set the term of office by ordinance, ch. 44, 1998 S.D. Laws 100.

347. An Act to provide for the challenging of nonresidents attempting to vote in municipal or school elections, ch. 45, 1998 S.D. Laws 101.

348. An Act to revise the State Board of Elections' rule-making authority, ch. 78, 1998 S.D. Laws 137.

349. An Act to revise the requirements for declaration of candidacy, ch. 80, 1998 S.D. Laws 139.

350. An Act to revise the requirements concerning a candidate's support of congressional term limits and to provide the board of elections with rule-making authority for implementing the voter's instructions on term limits and to declare an emergency, ch. 81, 1998 S.D. Laws 139.

351. An Act to revise the requirements for the ballot stamp, ch. 82, 1998 S.D. Laws 141.

352. <u>In the Matter of the Adoption of a New Guideline to be added to the Guidelines for Judicial Campaigns</u>, ch. 306, 1998 S.D. Laws 517.

353. <u>In the Matter of the Adoption of a New Rule to be Designated as Rule 30 of the Rules of Procedure of the Judicial Qualifications Commission</u>, ch. 307, 1998 S.D. Laws 518 (regulating judicial campaigns).

354. An Act to provide a procedure for assigning certain staggered terms for the elected board members of an improvement district, ch. 36, 1999 S.D. Laws 73.

355. An Act to revise the election procedure for forming a municipality, ch. 37, 1999 S.D. Laws 73.

356. An Act to permit municipalities and school districts to open their polling places earlier, ch. 39, 1999 S.D. Laws 75.

357. An Act to revise certain procedures concerning the contents, data, and form of a municipal initiative and referendum and to provide certain rule-making authority, ch. 41, 1999 S.D. Laws 76.

358. An Act to allow the precinct superintendent to assign duties to the members of an election board and to consolidate the position of judge and clerk, ch. 69, 1999 S.D. Laws 127.

359. An Act to create a procedure for challenging certain nominating, initiative, or referendum petitions and to require the Board of Elections to report to the secretary of state concerning changes in election laws, ch. 70, 1999 S.D. Laws 136.

360. An Act to revise the requirements for updating the master registration list, ch. 71, 1999 S.D. Laws 137.

361. An Act to revise certain time frames for election procedures that follow an election, ch. 72, 1999 S.D. Laws 138.

362. An Act to revise certain requirements concerning the certificate for nomination and to provide certain rule-making authority, ch. 73, 1999 S.D. Laws 139.

363. An Act to revise the responsibility for supervising the arrangement on how the candidates' names are listed on the ballot, ch. 74, 1999 S.D. Laws 140.

364. An Act to allow counties to participate in a simulated election, ch. 75, 1999 S.D. Laws 140.

365. An Act to establish deadlines for action by school districts on certain reorganization petitions, ch. 77, 1999 S.D. Laws 142.

366. An Act to revise the procedure for school district elections involving tie votes or request for recount, ch. 78, 1999 S.D. Laws 142.

367. An Act to revise certain provisions regarding the time period to collect signatures for initiative petitions and initiated constitutional amendment petitions, ch. 18, 2000 S.D. Laws 60.

368. An Act to revise certain provisions relating to the circulation of petitions, ch. 19, 2000 S.D. Laws 61.

369. An Act to revise certain procedures for the formation and adjustment of boundaries of certain special districts, ch. 32, 2000 S.D. Laws 74.

370. An Act to revise the process and requirements for changing the form of municipal government, ch. 34, 2000 S.D. Laws 77.

371. An Act to revise the opening and closing times for polls, ch. 71, 2000 S.D. Laws 129.

372. An Act to define who may be appointed as a member of the precinct election board if a list is not provided by a party's county central committee, ch. 72, 2000 S.D. Laws 130.

373. An Act to redefine what marks are prohibited on a ballot and to require the county auditor to provide certain directions in conducting a recount, ch. 73, 2000 S.D. Laws 131.

374. An Act to require a candidate's financial statement to be filed biannually until disposition of all funds and payment of all obligations, ch. 74, 2000 S.D. Laws 131.

375. A Joint Resolution, Proposing and submitting to the electors at a special election designated by the Seventy-fifth Legislature, meeting in special session, an amendment to Article XIII of the Constitution of the State of South Dakota, relating to the creation and administration of a trust fund, ch. 1, 2000 S.D. Laws (Special Session) 2.

376. An Act to revise certain provisions relating to constitutional amendments and submitted questions and to declare an emergency, ch. 2, 2000 S.D. Laws (Special Session) 3.

377. An Act to revise certain procedures concerning appointments to office vacancies, ch. 21, 2001 S.D. Laws 68.

378. An Act to make the terms of office within the aldermanic form of government consistent with other provisions, ch. 42, 2001 S.D. Laws 94.

379. An Act to revise certain voting qualifications in municipal and school district elections, ch. 43, 2001 S.D. Laws 94.

380. An Act to revise how candidates' names are positioned on ballots in municipal elections, ch. 44, 2001 S.D. Laws 95.

381. An Act to assign a rebuttable presumption that certain electors are not qualified when signing petitions, ch. 65, 2001 S.D. Laws 115.

382. An Act to require the notification to the secretary of state of the nomination of certain convention nominees and of the election of certain party officials, ch. 67, 2001 S.D. Laws 118.

383. An Act to revise the dates for filing certain certificates of nomination, ch. 68, 2001 S.D. Laws 118.

384. An Act to repeal the requirement that school districts consist of adjoining territory, ch. 71, 2001 S.D. Laws 122.

385. An Act to provide a financial incentive for school districts to consolidate, ch. 73, 2001 S.D. Laws 123.

386. An Act to reapportion the Supreme Court selection districts, ch. 101, 2001 S.D. Laws 153.

387. H.B. 1006, 77th Sess. (S.D. 2002) (An Act to revise the procedure for updating the voter registration file and to limit the use of the county voter registration file).

388. H.B. 1007, 77th Sess. (S.D. 2002) (An Act to revise certain election recount provisions).

389. H.B. 1008, 77th Sess. (S.D. 2002) (An Act to revise certain election provisions and terminology).

390. H.B. 1009, 77th Sess. (S.D. 2002) (An Act to revise the election procedures of certain special purpose districts and revise the power to fill vacancies on the board of a special purpose district).

391. H.B. 1010, 77th Sess. (S.D. 2002) (An Act to permit certain direct recording electronic voting systems and to regulate the use of automatic tabulating equipment).

392. H.B. 1116, 77th Sess. (S.D. 2002) (An Act to prohibit a person from being on the general election ballot for President or vice-president and another office).

393. H.B. 1165, 77th Sess. (S.D. 2002) (An Act to permit more time to file local referendums).

394. H.B. 1176, 77th Sess. (S.D. 2002) (An Act to revise the time permitted to qualify for a municipally elected office).

395. H.B. 1221, 77th Sess. (S.D. 2002) (An Act to revise the date for filing certain certificates of nomination).

396. H.B. 1234, 77th Sess. (S.D. 2002) (An Act to clarify that certain political contributions to ballot question committees from association dues and funds are permitted).

397. H.B. 1295, 77th Sess. (S.D. 2002) (An Act to provide for the voters' consideration of a proposed constitutional amendment

to Article XVII in June 2002, to make an appropriation therefor, and to declare an emergency).

398. H.J.R. 1007, 77th Sess. (S.D. 2002) (Proposing and submitting to the electors at the next general election an amendment to Article III, section 5, of the Constitution of the State of South Dakota to clarify the responsibility of the Legislature to provide for its own apportionment).

399. S.B. 9, 77th Sess. (S.D. 2002) (An Act to permit certain full-time postsecondary students to vote in municipal and school elections).

400. S.B. 10, 77th Sess. (S.D. 2002) (An Act to revise certain township election provisions).

401. S.B. 11, 77th Sess. (S.D. 2002) (An Act to provide a method for computing a period of time related to election notices or filings).

402. S.B. 12, 77th Sess. (S.D. 2002) (An Act to provide for the method for marking and counting ballots and to clarify the procedure for auditing ballots).

403. S.B. 13, 77th Sess. (S.D. 2002) (An Act to revise certain municipal and school election procedures).

404. S.B. 57, 77th Sess. (S.D. 2002) (An Act to allow school boards to initiate an election to change the size of the school board and to declare an emergency).

405. State Board of Elections, S.D. Reg. § 5:02:01:01 (establishing the official office of the board).

406. State Board of Elections, S.D. Reg. § 5:02:01:02 (filing and notice provisions).

407. State Board of Elections, S.D. Reg. § 5:02:01:03 (special meetings of the State Board of Elections).

408. State Board of Elections, S.D. Reg. § 5:02:01:04 (quorum and presiding officer).

409. State Board of Elections, S.D. Reg. § 5:02:02:01 (petition for a declaratory ruling).

410. State Board of Elections, S.D. Reg. § 5:02:02:02 (board action on petition)

411. State Board of Elections, S.D. Reg. § 5:02:03:01 (voter registration form).

412. State Board of Elections, S.D. Reg. § 5:02:03:01.01 (prohibited reasons for denying right to register).

413. State Board of Elections, S.D. Reg. § 5:02:03:12 (agency voter registration instructions).

414. State Board of Elections, S.D. Reg. § 5:02:03:13 (voter registration instructions).

415. State Board of Elections, S.D. Reg. § 5:02:03:14 (acknowledgment notice for invalid or incomplete voter registration applications).

416. State Board of Elections, S.D. Reg. § 5:02:03:15 (acknowledgment notice for valid registrations).

417. State Board of Elections, S.D. Reg. § 5:02:03:16 (confirmation mailing notice).

418. State Board of Elections, S.D. Reg. § 5:02:03:17 (retention of confirmation mailing notice records).

419. State Board of Elections, S.D. Reg. § 5:02:03:19 (voter registration address verification notice)

420. State Board of Elections, S.D. Reg. § 5:02:03:20 (potential duplicate notice).

421. State Board of Elections, S.D. Reg. § 5:02:04:04 (notice of deadline for voter registration).

422. State Board of Elections, S.D. Reg. § 5:02:04:05 (notice of general election).

423. State Board of Elections, S.D. Reg. § 5:02:04:06 (notice of vacancy for municipal election).

424. State Board of Elections, S.D. Reg. § 5:02:04:08 (notice of municipal election).

425. State Board of Elections, S.D. Reg. § 5:02:04:09 (notice of special election).

426. State Board of Elections, S.D. Reg. § 5:02:04:10 (notice of vacancy which may occur due to filing of recall petitions).

427. State Board of Elections, S.D. Reg. § 5:02:04:11 (notice of special recall election and of filing of nominating petitions for special recall election).

428. State Board of Elections, S.D. Reg. § 5:02:04:13 (notice of secondary (runoff) election).

429. State Board of Elections, S.D. Reg. § 5:02:04:14 (notice of vacancy on school board).

430. State Board of Elections, S.D. Reg. § 5:02:04:15 (notice of school board election).

431. State Board of Elections, S.D. Reg. § 5:02:04:16 (notice of primary election).

432. State Board of Elections, S.D. Reg. § 5:02:04:17 (notice of deadline for filing primary nominating petitions)

433. State Board of Elections, S.D. Reg. § 5:02:04:18 (notice of statewide secondary election).

434. State Board of Elections, S.D. Reg. § 5:02:04:19 (publication of ballot for secondary election).

435. State Board of Elections, S.D. Reg. § 5:02:04:21 (notice of cancellation of municipal election).

436. State Board of Elections, S.D. Reg. § 5:02:04:22 (notice of election for special district formation).

437. State Board of Elections, S.D. Reg. § 5:02:05:00 (official stamp for ballots).

438. State Board of Elections, S.D. Reg. § 5:02:05:01 (certificate and receipt executed by the precinct election board and counting board).

439. State Board of Elections, S.D. Reg. § 5:02:05:02 (instructions to the voters using hand-counted paper ballots).

440. State Board of Elections, S.D. Reg. § 5:02:05:02.01 (instructions to the voters using optical scan ballots).

441. State Board of Elections, S.D. Reg. § 5:02:05:02.02 (instructions to the voters using punchcard ballots).

442. State Board of Elections, S.D. Reg. § 5:02:05:06 (precinct election board receipt for official ballots).

443. State Board of Elections, S.D. Reg. § 5:02:05:07 (receipt for transmission of election supplies).

444. State Board of Elections, S.D. Reg. § 5:02:05:08 (receipt of superintendent of election for ballots and supplies).

445. State Board of Elections, S.D. Reg. § 5:02:05:09 (ballot box metal seal envelope).

446. State Board of Elections, S.D. Reg. § 5:02:05:10 (record of spoiled ballots).

447. State Board of Elections, S.D. Reg. § 5:02:05:11 (notice of appointment of election officials).

448. State Board of Elections, S.D. Reg. § 5:02:05:11.01 (notice of appointment of election officials for school or municipal election).

449. State Board of Elections, S.D. Reg. § 5:02:05:12 (envelope for notification of appointment of election officials).

450. State Board of Elections, S.D. Reg. § 5:02:05:13 (notice of appointment of counting board).

451. State Board of Elections, S.D. Reg. § 5:02:05:14 (election supplies tag).

452. State Board of Elections, S.D. Reg. § 5:02:05:15 (auditor's ballot box seal).

453. State Board of Elections, S.D. Reg. § 5:02:05:19 (ballot wrapper or envelope seals).

454. State Board of Elections, S.D. Reg. § 5:02:05:20 (emergency voting card).

455. State Board of Elections, S.D. Reg. § 5:02:05:21 (affirmation of inactive voter's address).

456. State Board of Elections, S.D. Reg. § 5:02:06:01 (form of general election ballot).

457. State Board of Elections, S.D. Reg. § 5:02:06:01.01 (form of ballots for constitutional amendments).

458. State Board of Elections, S.D. Reg. § 5:02:06:01.02 (optical scan ballot instructions).

459. State Board of Elections, S.D. Reg. § 5:02:06:03 (form of ballots for judicial elections).

460. State Board of Elections, S.D. Reg. § 5:02:06:03.01 (Supreme Court justice retention ballot).

461. State Board of Elections, S.D. Reg. § 5:02:06:03.02 (deadline for request to be on retention ballot).

462. State Board of Elections, S.D. Reg. § 5:02:06:04 (form of special district ballots).

463. State Board of Elections, S.D. Reg. § 5:02:06:04.01 (form of ballots for initiated measures and referred laws).

464. State Board of Elections, S.D. Reg. § 5:02:06:08 (sample ballots).

465. State Board of Elections, S.D. Reg. § 5:02:06:09 (form of ballots for party precinct committeeman and committeewoman).

466. State Board of Elections, S.D. Reg. § 5:02:06:10 (form of ballots for primary elections).

467. State Board of Elections, S.D. Reg. § 5:02:06:10.02 (form of ballots for presidential primary elections).

468. State Board of Elections, S.D. Reg. § 5:02:06:12 (form of ballots for municipal elections).

469. State Board of Elections, S.D. Reg. § 5:02:06:13 (form of ballots for municipal questions elections).

470. State Board of Elections, S.D. Reg. § 5:02:06:14 (form of ballots for municipal bond elections).

471. State Board of Elections, S.D. Reg. § 5:02:06:15 (form of ballots for school board elections).

472. State Board of Elections, S.D. Reg. § 5:02:06:16 (form of ballots for increasing or decreasing the number of school board members).

473. State Board of Elections, S.D. Reg. § 5:02:06:17 (form of ballots for statewide secondary elections).

474. State Board of Elections, S.D. Reg. § 5:02:06:18 (colors of ballots for combined elections).

475. State Board of Elections, S.D. Reg. § 5:02:06:19 (form of ballots for nonpolitical consumers power district elections).

476. State Board of Elections, S.D. Reg. § 5:02:07:01 (form of precinct by precinct official returns).

477. State Board of Elections, S.D. Reg. § 5:02:07:04 (form of certificate of election returns for school districts).

478. State Board of Elections, S.D. Reg. § 5:02:07:05 (form of candidate's request to withdraw nomination).

479. State Board of Elections, S.D. Reg. § 5:02:07:06 (form of certificate of nomination to fill vacancy).

480. State Board of Elections, S.D. Reg. § 5:02:08:00 (guidelines for acceptance of petitions).

481. State Board of Elections, S.D. Reg. § 5:02:08:00.01 (requirements for counting signatures on petitions).

482. State Board of Elections, S.D. Reg. § 5:02:08:00.02 (sections of a petition).

483. State Board of Elections, S.D. Reg. § 5:02:08:00.03 (form of petition).

484. State Board of Elections, S.D. Reg. § 5:02:08:01 (form of nominating petition in partisan election).

485. State Board of Elections, S.D. Reg. § 5:02:08:02 (form of petition for circuit court judge in a nonpartisan election).

486. State Board of Elections, S.D. Reg. § 5:02:08:05 (certificate of nomination for independent candidate).

487. State Board of Elections, S.D. Reg. § 5:02:08:05.01 (independent candidate declaration of candidacy and certification of running mante).

488. State Board of Elections, S.D. Reg. § 5:02:08:06 (form of declaration for new political party).

489. State Board of Elections, S.D. Reg. § 5:02:08:07 (form of initiative petition).

490. State Board of Elections, S.D. Reg. § 5:02:08:07.01 (affidavit to be filed with completed initiative, referendum, or initiated constitutional amendment petition).

491. State Board of Elections, S.D. Reg. § 5:02:08:08 (form of referendum petition).

492. State Board of Elections, S.D. Reg. § 5:02:08:09 (form of initiated constitutional amendment petition or initiated petition for repeal of constitutional provision).

493. State Board of Elections, S.D. Reg. § 5:02:08:11 (nominating petition for school board member).

494. State Board of Elections, S.D. Reg. § 5:02:08:13 (nominating petition for municipal election).

495. State Board of Elections, S.D. Reg. § 5:02:08:15 (municipal initiative petition).

496. State Board of Elections, S.D. Reg. § 5:02:08:16 (municipal referendum petition).

497. State Board of Elections, S.D. Reg. § 5:02:08:17 (municipal petition for recall).

498. State Board of Elections, S.D. Reg. § 5:02:08:18 (county initiative petition).

499. State Board of Elections, S.D. Reg. § 5:02:08:19 (county referendum petition).

500. State Board of Elections, S.D. Reg. § 5:02:08:20 (certificate of nomination for independent presidential electors).

501. State Board of Elections, S.D. Reg. § 5:02:08:21 (form of petition to increase or decrease number of county commissioners).

502. State Board of Elections, S.D. Reg. § 5:02:08:22 (form of petition to increase or decrease number of members of school board).

503. State Board of Elections, S.D. Reg. § 5:02:08:23 (form of petition for change in municipal government).

504. State Board of Elections, S.D. Reg. § 5:02:08:24 (form of petition for water development district director).

505. State Board of Elections, S.D. Reg. § 5:02:08:25 (form of petition for irrigation district director by division).

506. State Board of Elections, S.D. Reg. § 5:02:08:26 (form of petition for irrigation district director at large).

507. State Board of Elections, S.D. Reg. § 5:02:08:27 (form of petition for water project district director by division).

508. State Board of Elections, S.D. Reg. § 5:02:08:28 (form of petition for water project district director at large).

509. State Board of Elections, S.D. Reg. § 5:02:08:29 (form of petition for school district reorganization through dissolution).

510. State Board of Elections, S.D. Reg. § 5:02:08:30 (form of petition for multiple school district reorganization to create a new district).

511. State Board of Elections, S.D. Reg. § 5:02:08:31 (form of petition for reconsideration of rejected school district reorganization plan).

512. State Board of Elections, S.D. Reg. § 5:02:08:32 (form of petition for combining county offices).

513. State Board of Elections, S.D. Reg. § 5:02:08:33 (form of petition for combining a county office with the same office in other counties).

514. State Board of Elections, S.D. Reg. § 5:02:08:34 (form of nominating petition for township election).

515. State Board of Elections, S.D. Reg. § 5:02:08:35 (form of nominating petition for road or sanitary district trustee).

516. State Board of Elections, S.D. Reg. § 5:02:08:36 (form of petition for taxpayer of real property conservation district supervisor in nonpartisan election).

517. State Board of Elections, S.D. Reg. § 5:02:08:37 (form of petition for urban area conservation district supervisor).

518. State Board of Elections, S.D. Reg. § 5:02:08:38 (form of petition for rural landowner or occupier conservation district supervisor in nonpartisan election).

519. State Board of Elections, S.D. Reg. § 5:02:08:39 (form of petition for organization of a county road, ambulance, rural fire protection, sanitary, watershed, or water project district).

520. State Board of Elections, S.D. Reg. § 5:02:08:40 (form of petition for a resolution of cooperation or consolidation).

521. State Board of Elections, S.D. Reg. § 5:02:09:01.01 (notice of testing automatic tabulating equipment).

522. State Board of Elections, S.D. Reg. § 5:02:09:01.02 (testing of tabulating equipment).

523. State Board of Elections, S.D. Reg. § 5:02:09:02 (approval of automatic tabulating systems required before distribution).

524. State Board of Elections, S.D. Reg. § 5:02:09:02.01 (criteria for approving automatic tabulating systems).

525. State Board of Elections, S.D. Reg. § 5:02:09:03 (number of voting booths).

526. State Board of Elections, S.D. Reg. § 5:02:09:04.03 (arrangements for and conduct of voting in precincts where automatic tabulating systems used).

527. State Board of Elections, S.D. Reg. § 5:02:09:04.04 (tabulation procedures).

528. State Board of Elections, S.D. Reg. § 5:02:09:05 (recount procedure).

529. State Board of Elections, S.D. Reg. § 5:02:09:09 (unnecessary items in the pollbook).

530. State Board of Elections, S.D. Reg. § 5:02:09:11 (official and unofficial election results).

531. State Board of Elections, S.D. Reg. § 5:02:09:13 (envelope for official returns).

532. State Board of Elections, S.D. Reg. § 5:02:09:14 (oath by tabulation center employees).

533. State Board of Elections, S.D. Reg. § 5:02:09:16 (recapitulation sheet).

534. State Board of Elections, S.D. Reg. § 5:02:09:17 (examination of voting booths and retest of voting devices on election day).

535. State Board of Elections, S.D. Reg. § 5:02:09:18 (ballot comparison certification).

536. State Board of Elections, S.D. Reg. § 5:02:09:19 (counting imperfectly marked punchcard ballots).

537. State Board of Elections, S.D. Reg. § 5:02:09:20 (counting punchcard ballots with a hole next to an intact chad).

538. State Board of Elections, S.D. Reg. § 5:02:09:21 (overvoted punchcard ballots).

539. State Board of Elections, S.D. Reg. § 5:02:09:22 (counting imperfectly marked optical scan ballots).

540. State Board of Elections, S.D. Reg. § 5:02:10:01 (application for absentee ballot).

541. State Board of Elections, S.D. Reg. § 5:02:10:01.01 (receipt for absentee ballot).

542. State Board of Elections, S.D. Reg. § 5:02:10:02 (envelope for transmitting ballot application to superintendent of elections).

543. State Board of Elections, S.D. Reg. § 5:02:10:03 (envelope for sending ballots to voter).

544. State Board of Elections, S.D. Reg. § 5:02:10:04 (instructions to absentee voters).

545. State Board of Elections, S.D. Reg. § 5:02:10:05 (official return envelope for ballots used in voting).

546. State Board of Elections, S.D. Reg. § 5:02:10:06 (official record of absentee ballots delivered to voters).

547. State Board of Elections, S.D. Reg. § 5:02:10:08 (envelopes for use with voting service and overseas ballots).

548. State Board of Elections, S.D. Reg. § 5:02:11:01 (purpose)

549. State Board of Elections, S.D. Reg. § 5:02:11:02 (counties covered).

550. State Board of Elections, S.D. Reg. § 5:02:11:03 (language minority defined).

551. State Board of Elections, S.D. Reg. § 5:02:11:04 (exemption procedure).

552. State Board of Elections, S.D. Reg. § 5:02:11:05 (interpreter assistance).

553. State Board of Elections, S.D. Reg. § 5:02:12:01 (poll watchers at primary elections).

554. State Board of Elections, S.D. Reg. § 5:02:12:02 (poll watchers at general elections).

555. State Board of Elections, S.D. Reg. § 5:02:12:03 (additional poll watchers permitted).

556. State Board of Elections, S.D. Reg. § 5:02:14:01 (official stamp).

557. State Board of Elections, S.D. Reg. § 5:02:14:02 (ballot wrappers).

558. State Board of Elections, S.D. Reg. § 5:02:14:03 (pollbooks).

559. State Board of Elections, S.D. Reg. § 5:02:14:04 (tally sheets).

560. State Board of Elections, S.D. Reg. § 5:02:14:05 (ballot boxes).

561. State Board of Elections, S.D. Reg. § 5:02:15:01 (certificates of election for county candidates not on the ballot).

562. State Board of Elections, S.D. Reg. § 5:02:15:02 (certificates of election for county candidates on the ballot).

563. State Board of Elections, S.D. Reg. § 5:02:15:04 (certificates of election for state legislative candidates on the ballot).

564. State Board of Elections, S.D. Reg. § 5:02:15:05 (certificates of election for statewide offices).

565. State Board of Elections, S.D. Reg. § 5:02:15:06 (certificates of election for circuit court judge).

566. State Board of Elections, S.D. Reg. § 5:02:15:07 (certificates of election for Supreme Court justice).

567. State Board of Elections, S.D. Reg. § 5:02:15:08 (certificates of election for municipal candidates not on the ballot).

568. State Board of Elections, S.D. Reg. § 5:02:15:09 (certificates of election for municipal candidate on the ballot).

569. State Board of Elections, S.D. Reg. § 5:02:15:10 (certificates of election for school board candidate not on the ballot).

570. State Board of Elections, S.D. Reg. § 5:02:15:11 (certificates of election for school board candidate on the ballot).

571. State Board of Elections, S.D. Reg. § 5:02:15:12 (certificates of election for precinct committeeman, committeewoman, state delegate, or alternate not on the ballot).

572. State Board of Elections, S.D. Reg. § 5:02:15:13 (certificates of election for precinct committeeman, committeewoman, state delegate, or alternate on the ballot).

573. State Board of Elections, S.D. Reg. § 5:02:15:14 (certificate of nomination at county primary election).

574. State Board of Elections, S.D. Reg. § 5:02:15:15 (certificate of nomination at county primary election without opposition).

575. State Board of Elections, S.D. Reg. § 5:02:15:16 (certificate of nomination for legislative candidate with no primary opposition).

576. State Board of Elections, S.D. Reg. § 5:02:16:00 (definitions)

577. State Board of Elections, S.D. Reg. § 5:02:16:01 (delivery of supplies to counting board).

578. State Board of Elections, S.D. Reg. § 5:02:16:02 (signing of oaths).

579. State Board of Elections, S.D. Reg. § 5:02:16:03 (public vote count).

580. State Board of Elections, S.D. Reg. § 5:02:16:04 (use of tally sheet).

581. State Board of Elections, S.D. Reg. § 5:02:16:05 (comparison of registration list and pollbook).

582. State Board of Elections, S.D. Reg. § 5:02:16:06 (opening ballot box).

583. State Board of Elections, S.D. Reg. § 5:02:16:07 (folded ballots separated).

584. State Board of Elections, S.D. Reg. § 5:02:16:08 (duplicate ballots).

585. State Board of Elections, S.D. Reg. § 5:02:16:09 (drawing of excess ballots).

586. State Board of Elections, S.D. Reg. § 5:02:16:09.01 (endorsing of excess ballots).

587. State Board of Elections, S.D. Reg. § 5:02:16:10 (unstamped ballots).

588. State Board of Elections, S.D. Reg. § 5:02:16:11 (separation of ballots).

589. State Board of Elections, S.D. Reg. § 5:02:16:12 (order of vote counting).

590. State Board of Elections, S.D. Reg. § 5:02:16:14 (scrutiny of ballots by counting board).

591. State Board of Elections, S.D. Reg. § 5:02:16:15 (tally of ballots).

592. State Board of Elections, S.D. Reg. § 5:02:16:16 (voter's intent).

593. State Board of Elections, S.D. Reg. § 5:02:16:17.01 (write-in votes not counted).

594. State Board of Elections, S.D. Reg. § 5:02:16:17.02 (counting imperfectly marked paper ballots).

595. State Board of Elections, S.D. Reg. § 5:02:16:21 (voter's intent to be determined).

596. State Board of Elections, S.D. Reg. § 5:02:16:22.01 (use of prior court decision).

597. State Board of Elections, S.D. Reg. § 5:02:16:25 (unofficial returns of precinct vote).

598. State Board of Elections, S.D. Reg. § 5:02:16:26 (entry of precinct vote on unofficial return list).

599. State Board of Elections, S.D. Reg. § 5:02:16:31 (signing of certificates).

600. State Board of Elections, S.D. Reg. § 5:02:16:33 (procedure for placing voted ballots in the ballot box).

601. State Board of Elections, S.D. Reg. § 5:02:16:34 (return of unvoted ballots).

602. State Board of Elections, S.D. Reg. § 5:02:16:34.01 (return of duplicate ballots of one voter not counted).

603. State Board of Elections, S.D. Reg. § 5:02:16:35 (ballots voted but not counted).

604. State Board of Elections, S.D. Reg. § 5:02:16:36 (recapitulation sheet).

605. State Board of Elections, S.D. Reg. § 5:02:16:37 (sealing of ballot box).

606. State Board of Elections, S.D. Reg. § 5:02:16:38 (use of paper seals on ballot box).

607. State Board of Elections, S.D. Reg. § 5:02:16:39 (form of the paper seal).

608. State Board of Elections, S.D. Reg. § 5:02:16:40 (return and sealing of pollbook).

609. State Board of Elections, S.D. Reg. § 5:02:16:41 (pollbook envelope seal).

610. State Board of Elections, S.D. Reg. § 5:02:16:41.01 (return of duplicate tally sheet).

611. State Board of Elections, S.D. Reg. § 5:02:16:42 (return of election material).

612. State Board of Elections, S.D. Reg. § 5:02:16:43 (purpose of this chapter).

613. State Board of Elections, S.D. Reg. § 5:02:17:01 (size of pollbook).

614. State Board of Elections, S.D. Reg. § 5:02:17:02 (pollbook binding).

615. State Board of Elections, S.D. Reg. § 5:02:17:03 (contents of cover).

616. State Board of Elections, S.D. Reg. § 5:02:17:03.01 (envelope for the pollbook).

617. State Board of Elections, S.D. Reg. § 5:02:17:04 (oath of precinct election board).

618. State Board of Elections, S.D. Reg. § 5:02:17:05 (oath of counting board).

619. State Board of Elections, S.D. Reg. § 5:02:17:06 (list of voters).

620. State Board of Elections, S.D. Reg. § 5:02:17:07 (tally sheets).

621. State Board of Elections, S.D. Reg. § 5:02:17:08 (official vote count).

622. State Board of Elections, S.D. Reg. § 5:02:17:09 (certification by precinct of election board).

623. State Board of Elections, S.D. Reg. § 5:02:17:10 (certification by counting board).

624. State Board of Elections, S.D. Reg. § 5:02:17:11 (official canvass sheet for municipalities, school districts, and other local jurisdictions).

47

625. State Board of Elections, S.D. Reg. § 5:02:17:12 (duties of official board of canvassers for local jurisdiction).

626. State Board of Elections, S.D. Reg. § 5:02:19:01 (reconvening of a recount).

627. State Board of Elections, S.D. Reg. § 5:02:19:02 (staff for recount board).

628. State Board of Elections, S.D. Reg. § 5:02:19:03 (precautions to insure against tampering).

629. State Board of Elections, S.D. Reg. § 5:02:19:04 (counting rules to apply).

630. State Board of Elections, S.D. Reg. § 5:02:19:05 (candidate's petition for a recount).

631. State Board of Elections, S.D. Reg. § 5:02:19:06 (precinct voter's petition for a recount).

632. State Board of Elections, S.D. Reg. § 5:02:19:07 (voters' petition for a recount on questions submitted to the entire state).

633. State Board of Elections, S.D. Reg. § 5:02:19:08 (certificate of recount).

634. State Board of Elections, S.D. Reg. § 5:02:19:09 (certificate of disputed ballots).

635. State Board of Elections, S.D. Reg. § 5:02:19:10 (voters' petition for a recount in close municipal or school ballot question elections).